IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLTAN NAGY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED SCHUTZHUND CLUBS OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-08459-MMC<br><br>**ORDER DISMISSING DEFENDANT ALLOWAY** |

By order filed August 24, 2020, the Court (1) denied defendants United Schutzhund Clubs of America ("USCA") and Jim Alloway's ("Alloway") "Motion to Dismiss Plaintiff's Complaint for Insufficient Service of Process," (2) extended plaintiff Zoltan Nagy's ("Nagy") deadline to serve USCA to May 26, 2020, the date on which service as to said defendant was, albeit untimely, effectuated, and (3) extended to September 4, 2020, Nagy's deadline to serve Alloway and file proof of such service. Thereafter, by order filed September 8, 2020, the Court extended by thirty days the deadline to serve Alloway. To date, Nagy has not filed proof of service as to Alloway.

In its order of August 24, 2020, the Court advised Nagy that if he failed to file proof of service by the required date, the Court would, as to Alloway, dismiss the action without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Accordingly, as to Alloway, the above-titled action is hereby DISMISSED without prejudice pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated: October 7, 2020

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge